UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN CLUCHETTE, | ) | 1:09-cv—02008-OWW-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER SETTING BRIEFING SCHEDULE |
| | ) | FOR PETITIONER'S MOTION FOR |
| | ) | DISCOVERY (Doc. 4) |
| v. | ) | |
| | ) | |
| DERRAL G. ADAMS, Warden of | ) | |
| Corcoran State Prison, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303. A response to the petition has been ordered.

On October 30, 2009, Petitioner filed a motion for discovery. (Doc. 4.)

Respondent is DIRECTED to file opposition or a statement of non-opposition to the motion no later than thirty (30) days after the date of service of this order.

Petitioner MAY FILE a reply no later than fourteen (14) days

1

after the date of service of the opposition or statement of non-opposition.

IT IS SO ORDERED.

**Dated:   September 7, 2010**                          /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE